433 A.2d 544

Commonwealth v. White, Jr., Appellant.

Submitted June 13, 1980. Gary Neil Asteak, Assistant Public Defender, for appellant; Donald B. Corriere, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.